IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00583

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;
2. REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;
3. REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;
4. REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY HELD IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. APPROXIMATELY $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and
18. APPROXIMATELY $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951.

        Defendants.

1

### UNITED STATES' MOTION FOR LEAVE TO RESTRICT THE VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya Andrews, respectfully moves for an order restricting the *Verified Complaint for Forfeiture In Rem* at Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents. In support of this Motion, the United States states:

1. Said *Verified Complaint for Forfeiture In Rem* has been filed as a part of a continuing investigation.

2. The release of the information in the Complaint in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *Verified Complaint for Forfeiture In Rem* be restricted at Level 2, until further order of the Court.

DATED this 1st day of March, 2024.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By: *s/ Tonya Andrews*
 Tonya Andrews
 Assistant U.S. Attorney
 U.S. Attorney's Office
 1801 California St., Ste 1600
 Denver, Colorado 80202
 Telephone: (303) 454-0100
 E-mail: tonya.andrews@usdoj.gov
 *Attorney for the United States*

3