INDEX AS PRIME JMXE LLC, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00583

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;
2. **REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;**
3. REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;
4. REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY HELD IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. APPROXIMATELY $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and

18. APPROXIMATELY $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951.

    Defendants.

## NOTICE OF LIS PENDENS

<u>RECORD TITLE OWNER</u>: PRIME JMXE LLC

PLEASE TAKE NOTICE that the United States of America filed a *Verified Complaint for Forfeiture In Rem*, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), forfeiting to the United States all right, title, and interest in and to the following real property:

Real Property Located at 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado 81615, which is more fully described as follows:

> CONDOMINIUM UNIT 157, BUILDING P, as shown on the Supplemental Condominium Map for SEASONS 4, appearing in the records of the County Clerk and Recorder of Pitkin County Colorado, in Plat Book 4 at Page 219, and as defined and described in the Condominium Declaration for Seasons 4, appearing in such records in Book 256 at Page 230 as Reception No. 146257, as supplemented by First Supplemental Declaration to Seasons 4, appearing in such records in Book 279 at Page 955 as Reception No. 162526.

DATED this 1st day of March, 2024.

                                  Respectfully submitted,

                                  COLE FINEGAN
                                  United States Attorney

                          By: s/*Tonya S. Andrews*
                                  Tonya S. Andrews
                                  Assistant United States Attorney
                                  1801 California Street, Suite 1600
                                  Denver, Colorado 80202
                                  Telephone: (303) 454-0100
                                  Fax: (303) 454-0402
                                  E-mail: Tonya.Andrews@usdoj.gov
                                  *Attorney for Plaintiff*