IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00583-DDD-STV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;**
2. **REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;**
3. **REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;**
4. **REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;**
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. **REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;**
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AT ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AT ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and
18. $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951;

1

Defendants.

## WRIT OF ENTRY

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the United States' Motion for Writ of Entry is GRANTED.

IT IS FURTHER ORDERED that the civil authorities be authorized:

1.  To forthwith enter the defendant real properties located at the addresses listed below including any structures and furnishings, on one or more occasions during the pendency of this forfeiture action, for the purpose of the United States to conduct an inspection, inventory, and appraisal, including obtaining still and video photography;

2.  To be accompanied on any such occasion by any appraiser(s) selected by the United States Marshal Service to appraise the condition and value of the defendant real properties listed below pursuant to 19 U.S.C. § 1606;

3.  To be accompanied on any such occasion by any government or contract personnel selected by it for the purpose of conducting an inventory of the defendant real properties listed below; and

4.  To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry:

> a. Real Property Located at 760 West Beaver Creek Boulevard, Apt 111, Avon, Colorado 81620 ("Defendant 760 W. Beaver Creek"), which is

    more fully described as follows: Condominium Unit 111, Stone Creek Condominiums, according to the Plat recorded December 31, 1980 in Book 315 at Page 644 and as described in the Condominium Declaration recorded August 1, 1980 in Book 306 at Page 403, County of Eagle, State of Colorado.

b. Real Property Located at 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado 81615 ("Defendant 35 Lower Woodbridge Road"), which is more fully described as follows: CONDOMINIUM UNIT 157, BUILDING P, as shown on the Supplemental Condominium Map for SEASONS 4, appearing in the records of the County Clerk and Recorder of Pitkin County Colorado, in Plat Book 4 at Page 219, and as defined and described in the Condominium Declaration for Seasons 4, appearing in such records in Book 256 at Page 230 as Reception No. 146257, as supplemented by First Supplemental Declaration to Seasons 4, appearing in such records in Book 279 at Page 955 as Reception No. 162526.

c. Real Property Located at 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado 81615 ("Defendant 35 Upper Woodbridge Road"), which is more fully described as follows: CONDOMINIUM UNIT 17-AB, BUILDING 17, THE INNS OF COURT CONDOMINIUM NUMBER 17-18, ACCORDING TO THE CONDOMINIUM MAP THEREOF RECORDED AUGUST 22, 1972 IN PLAT BOOK 4 AT PAGE 278 AND ACCORDING TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP RECORDED AUGUST 4, 1972 IN BOOK 265 AT PAGE 635 AND RE-RECORDED AUGUST 17, 1972 IN BOOK 266 AT PAGE 5 AND ACCORDING TO THE CONDOMINIUM DECLARATION FOR INNS OF COURT CONDOMINIUM NUMBER 17-18 RECORDED AUGUST 22, 1972 IN BOOK 266 AT PAGE 139, COUNTY OF PITKIN, STATE OF COLORADO.

d. Real Property Located at 254 Wren Court, #204, Basalt, Colorado 81621 ("Defendant 254 Wren Court"), which is more fully described as follows: TOWNHOUSE UNIT 204, THE COLUMBINES AT ELK RUN, SECOND FILING, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 22, 1987, IN PLAT BOOK 20 AT PAGE 16. COUNTY OF PITKIN, STATE OF COLORADO.

e. Real Property Located at 2208 Elk Lane, Basalt, Colorado 81621

("Defendant 2208 Elk Lane"), which is more fully described as follows: CONDOMINIUM UNIT NO. 2208, THE VILLAS AT ELK RUN, ACCORDING TO THE CONDOMINIUM DECLARATION FOR THE VILLAS AT ELK RUN RECORDED DECEMBER 12, 1994 IN BOOK 769 AT PAGE 118 AND THE COMDOMINIUM MAP FOR THE VILLAS AT ELK RUN RECORDED  JULY 31,1995 IN PLAT BOOK 37 AT PAGE 78.

SO ORDERED this ___18__ day of _____October_____, 2024.

BY THE COURT:

_____

Hon. Scott T. Varholak
United States District Court
Magistrate Judge