IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24–cv-00583-DDD-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;
2. REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;
3. REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;
4. REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY HELD IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. APPROXIMATELY $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and
18. APPROXIMATELY $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951.

        Defendants.

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Now comes Claimant Joshua Lybolt, by and through Martin Stuart of Stuart & Ward LLP, and respectfully requests the Court stay proceedings in the above captioned matter pending resolution of a related criminal matter.

**AS GROUNDS:**

1. On March 1, 2024, a verified complaint for forfeiture *in rem* was filed in the instant case.

2. On June 27, 2024, Mr. Lybolt was charged in United States District Court for the District of Colorado in case 24-cr-00212-DDD with 5 counts of wire fraud pursuant to 18 U.S.C. § 1343, and 8 counts of money laundering pursuant to 18 U.S.C. § 1957. The defendant property in the instant case is alleged to be connected to the scheme in the criminal case.

3. On January 7, 2025, Mr. Lybolt filed a claim for all defendant properties in the instant case.

3. Mr. Lybolt retains certain rights, including his Fifth Amendment right against self-incrimination, that may conflict with his legal obligations in the instant matter. It is therefore requested that in the interest of Judicial Economy and the resources of the United States as well as of the Defendant, that the Court stay proceedings in the instant matter pending resolution of Mr. Lybolt's related criminal case.

4. AUSA Andrews has been consulted and does not object to the relief sought in the instant motion.

**WHEREFORE**, Mr. Lybolt respectfully requests that this Honorable Court enter an order staying proceedings.

Respectfully submitted,

Dated: January 7, 2025

By: s/Martin Stuart
 MARTIN STUART, *counsel for*
 *Mr. Lybolt*
 Stuart & Ward, LLP
 140 E. 19th Ave., Suite 300
 Denver, CO 80203
 Phone 303-832-8888
 mstuart@stuartwardlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart