# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  24–cv-00583-DDD-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;
2. REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;
3. REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;
4. REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY HELD IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AND NFTS HELD IN ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. APPROXIMATELY $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and
18. APPROXIMATELY $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951.
    Defendants.

### UNOPPOSED MOTION TO CONTINUE APRIL 25, 2025, HEARING

Claimant Joshua Lybolt, through counsel Martin Stuart of Stuart & Ward LLP, moves the Court to continue to an April 24, 2025, motions hearing due to defense counsel's unavailability.

**AS GROUNDS:**

1. On February 24, 2025, the Court issued two minute orders setting a hearing on the government's opposed motions for interlocutory sales. (doc. 37 and 38). The Court's first minute order (doc. 40) set a hearing on the motion for March 25, 2024. The Court's second minute order (doc. 41) re-set the hearing to April 24, 2025.

2. April 24, 2025, is the last day of a two-week trial defense counsel will be trying in Jefferson County (23CR10234, People v. Koenig).

3. ASUA Andrews has been consulted and does not object to the relief sought in this motion. AUSA Andrews further informed defense counsel that she also has a conflict on April 24, 2025.

4. It is therefore requested that the Court continue the hearing on the government's motion seeking interlocutory sales.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

Dated: February 24, 2025

                By: s/Martin Stuart
                    MARTIN STUART, *counsel for Mr. Lybolt*
                    Stuart & Ward, LLP
                    140 E. 19th Ave., Suite 300
                    Denver, CO 80203
                    Phone 303-832-8888
                    mstuart@stuartwardlaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 25th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart