IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00583-DDD-STV | Date: May 13, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| USA, | Tonya Shotwell Andrews |
|    Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO, et al., | Martin Adam Stuart |
|    Defendants, | |
| SERVBANK, SB, NEXBANK and JOSHUA LYBOLT, | |
|    Claimants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**     9:51 a.m.
Court calls case. Appearances of counsel.

This matter is before the Court on Opposed Motion for Interlocutory Sale as to of defendant 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado [ECF Doc. No 37, filed on 2/20/2025] and Opposed Motion for Interlocutory Sale as to defendant 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado [ECF Doc. No 38, filed on 2/20/2025] (the "Motions").

For the reasons stated on the record, it is:

**ORDERED:**     The Motions [ECF Doc. No 37 and 38] are **DENIED without prejudice.**

The Motion to Supplement the Response [ECF Doc. No 50] is **GRANTED**.

HEARING CONCLUDED.

**Court in recess:**     **10:13 a.m.**
Total time in court:    00:22

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.