IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00583-DDD-STV | Date:   July 21, 2025 |
| <u>Courtroom Deputy: Sonia Chaplin</u> | <u>FTR – Reporter Deck-Courtroom A402</u> |

| *Parties:* | *Counsel:* |
|---|---|
| USA, | Tonya Shotwell Andrews |
| Plaintiffs, | |
| v. | |
| REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO, et al., | Martin Adam Stuart<br>Cheyenne A.E. Moore (by phone)<br>John Michael Kearns (by phone) |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**     2:03 p.m.
Court calls case.  Appearances of counsel and Claimant, Joshua Lybolt.

This matter is before the Court on Opposed Motion for Interlocutory Sale as to Defendant 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado [ECF Doc. No 53, filed on 6/13/2025] and Opposed Motion for Interlocutory Sale as to Defendant 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado [ECF Doc. No 54, filed on 6/13/2025].

For the reasons stated on the record, it is:

**ORDERED:**       The Court will issue a Recommendation on the Motions [ECF Doc. No 53 and ECF Doc. No 54].

HEARING CONCLUDED.

**Court in recess:**     2:11 p.m.
Total time in court:    00:08

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.