IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00583-DDD-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 760 WEST BEAVER CREEK BOULEVARD, APT 111, AVON, COLORADO;
2. REAL PROPERTY LOCATED AT 35 LOWER WOODBRIDGE ROAD, #P157, SNOWMASS VILLAGE, COLORADO;
3. REAL PROPERTY LOCATED AT 35 UPPER WOODBRIDGE ROAD, #17AB, SNOWMASS VILLAGE, COLORADO;
4. REAL PROPERTY LOCATED AT 254 WREN COURT, #204, BASALT, COLORADO;
5. REAL PROPERTY AND ALL APPURTENANCES, ATTACHMENTS, AND FURNISHINGS THERETO LOCATED AT 6997 TREMOLITE DRIVE, CASTLE ROCK, COLORADO;
6. REAL PROPERTY LOCATED AT 2208 ELK LANE, BASALT, COLORADO;
7. 2021 FORD BRONCO, VIN: 1FMEE5DP9MLA90163;
8. 2022 CHEVROLET CORVETTE STINGRAY CONVERTIBLE, VIN: 1G1YB3D47N5121476;
9. 2022 PORSCHE TAYCAN SEDAN, VIN: WPOAA2Y18NSA16701;
10. 2023 CADILLAC ESCALADE, VIN: 1GYS4FKL1PR523454;
11. CRYPTOCURRENCY IN COINBASE ACCOUNT 594304c17d0b3d025a5ff785;
12. CRYPTOCURRENCY AT ADDRESS 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. CRYPTOCURRENCY AT ADDRESS 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 YAMAHA RAPTOR MODEL NUMBER YFM09RYXLW;
15. MISCELLANEOUS PAINTINGS LISTED IN ATTACHMENT A;
16. MISCELLANEOUS HERITAGE VINTAGE SPORT AUCTIONS ITEMS LISTED IN ATTACHMENT B;
17. $242,962.96 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911837; and
18. $24,384.41 IN FUNDS FROM ALPINE BANK ACCOUNT 8911911951,

    Defendants.

1

## STATUS REPORT – October 6, 2025

COMES NOW the United States of America (the "United States"), by and through United States Attorney Peter McNeilly and Assistant United States Attorney Tonya S. Andrews and pursuant to Magistrate Judge Varholak's Order dated January 8, 2025 Order (Doc. 34), hereby files a status report, stating the following:

1. On March 1, 2024, the United States filed a *Verified Complaint for Forfeiture In Rem* against the defendant assets. (Docs. 1, 3).

2. On August 26, 2024 and September 17, 2024, the United States sent Notice of Complaint to the parties who may have an interest in the defendant properties. (Docs. 17 and 18).

3. On January 7, 2025, Claimant Joshua Lybolt filed a Claim regarding Defendant Assets 1-18. (Docs. 29, 30).

4. On January 7, 2025, Claimant Joshua Lybolt filed an Unopposed Motion to Stay Proceedings. The Court granted the Motion on January 8, 2025. (Docs. 31, 34).

5. On June 13, 2025, the United States filed the Renewed Opposed Motion for Interlocutory Sale as to of defendant 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado (Doc. 53) and the Renewed Opposed Motion for

Interlocutory Sale as to defendant 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado (Doc. 54).

6.   On June 26, 2025, Claimant Joshua Lybolt, through Martin Stuart of Stuart & Ward LLP, filed a Response to Plaintiff's Renewed Motion for Interlocutory Sale as to Claimant's Real Property 35 Lower Woodbridge Road #P157, Snowmass Village, Colorado, and 35 Upper Woodbridge Road #17AB, Snowmass Village, Colorado. (Doc. 57).

7.   On September 4, 2025, a Recommendation of United States Magistrate Judge re 54 Renewed Motion for Order of Sale Opposed Motion for Interlocutory Sale as to Defendant Real Property 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado filed by USA, 53 Renewed Motion for Order of Sale Opposed Motion for Interlocutory Sale as to Defendant Real Property 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado filed by USA. (Doc. 63).

8.   On September 18, 2025, Claimant Joshua Lybolt through Martin Stuart of Stuart & Ward LLP, filed an Objection/Appeal of Magistrate Judge Decision to District Court re 63 Report and Recommendations. (Doc. 64). The Recommendation is pending.

9.   A seven-day jury trial is currently set for December 1, 2025. *U.S. v. Joshua Lybolt; and Magdalena Lybolt*, 24-cr-00212-DDD, Doc. 63.

10.  As the related criminal case is ongoing as to Joshua Lybolt, the United States asserts that a stay of discovery remains appropriate at this time.

3

11.     The United States was unable to get conferrals to file as a Joint Status Report.

DATED this 6th day of October 2025.

                                        Respectfully submitted,

PETER MCNEILLY
United States Attorney

By:  s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Phone: 303-454-0100
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*

4